396 A.2d 22

Commonwealth v. Dizzley, Appellant.

Submitted March 31, 1978. Herbert L. Olivieri, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.